# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

CODY MICHAEL MATTHEWS

NO. 2022 KW 0518

**JULY 18, 2022**

---

In Re:   Cody Michael Matthews, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 5165-F-2020.

---

**BEFORE:   HOLDRIDGE, PENZATO, AND LANIER, JJ.**

**WRIT GRANTED.** The district court's ruling denying relator's motion for a preliminary examination is vacated. This matter is remanded to the district court to determine whether defense counsel wishes to adopt relator's motion. If counsel does not wish to adopt relator's motion, the district court is instructed to evaluate the motion's disruptive potential in light of **State v. Melon,** 95-2209 (La. 9/22/95), 660 So.2d 466 before determining whether to conduct a hearing consistent with **State v. Alexander,** 2007-1236 (La. App. 3d Cir. 4/9/08), 980 So.2d 877. See **State v. Thibodeaux,** 2017-0705 (La. 12/6/17), 236 So.3d 1253, 1256 (per curiam); **State v. Luke,** 2021-0376 (La. App. 1st Cir. 6/7/21), 2021 WL 2309929, at *1.

**GH**
**AHP**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

*a.Snʃ*

DEPUTY CLERK OF COURT
FOR THE COURT